# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00894-001-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Bryan Rusnak, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynnette C. Kimmins. (Doc. 60.) Judge Kimmins recommends that Defendant's Motion to Suppress (doc. 39) be denied. Defendant filed an objection on October 13, 2016, arguing that the legal conclusions of the Magistrate Judge were incorrect. (Doc. 64.)

The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Having conducted an independent review of the filings and the record in this matter, including the search warrant admitted as Exhibit 2 at the September 14, 2016, hearing (*see* doc. 54) and, in particular, Paragraphs 21e and 23d of the same, the Court overrules Defendant's objections and adopts the Magistrate Judge's Report and

Recommendation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation (doc. 60) is accepted and adopted;
2. Defendant's Motion to Suppress (doc. 39) is DENIED.

Dated this 14th day of October, 2016.

Honorable Jennifer G. Zipps
United States District Judge